FRANK BELL, CSBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, California 94063
Tel: (650)365-8300
Fax: (650) 366-8987

Attorney for Defendant
JOHN WAYNE PRICE

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>    Plaintiff,<br><br>   v.<br><br>JOHN WAYNE PRICE,<br><br>    Defendant.<br>_____/ | No. CR 12-0061 EMC (MEJ)<br><br>APPLICATION AND [PROPOSED]<br>ORDER FOR ENLARGEMENT OF<br>TRAVEL TO EASTERN DISTRICT<br>OF CALIFORNIA |

   Comes now defendant, JOHN WAYNE PRICE, by and through his counsel, and defendant requests enlargement of travel to the Eastern District of California, subject to permission and supervision of Pretrial Services.

   Defendant was released on February 14, 2012 on a $75,000.00 bond secured by the signatures of his two sisters and his former wife, Tylene Leslie.  He has been supervised by Pretrial Services since that date.

APP AND [PROPOSED] ORDER FOR ENLARGEMENT OF TRAVEL          1

1 | Defendant has a business of home repair and
2 | refurbishment in the City of Tracy area along with his
3 | former wife, Tylene Leslie, who is one of his sureties. Ms
4 | Leslie resides in Tracy and she is his business manager.
5 | She arranges for his work and his schedule.  These jobs are
6 | all located in the Eastern District of California in the
7 | Tracy area.
8 | Moreover, defendant has a young son who has serious
9 | health issues and has, and is expected to have, surgery.
10 | His son lives in Stockton, California, which is also in the
11 | Eastern District of California.
12 | Defendant requests that the court approve an extension
13 | of travel to the Eastern District for purposes of his work
14 | and to see his son, subject to supervision of his Pretrial
15 | Services Officer, Gelareh Farahmand (408) 535-5584.
16 |
17 | Dated: April 24, 2012            _____/S/_____
                                     FRANK BELL
18 |                                  Attorney for Defendant
                                     JOHN WAYNE PRICE
19 |
20 | IT IS SO ORDERED:
21 |
22 | Dated:   May 9, 2012



28 | APP AND [PROPOSED] ORDER FOR ENLARGEMENT OF TRAVEL          2