```
FRANK BELL, CSBN 038955
A Law Corporation
333 Bradford Street, Suite 270
Redwood City, California 94063
Tel: (650)365-8300
Fax: (650) 366-8987

Attorney for Defendant
JOHN WAYNE PRICE
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA,<br>　　　　Plaintiff,<br><br>　　v.<br><br>JOHN WAYNE PRICE,<br>　　　　Defendant.<br>_____/ | No. CR 12-0061 EMC (MEJ)<br><br>APPLICATION AND [~~PROPOSED~~]<br>ORDER FOR ELIMINATION OF<br>CURFEW |

　　Comes now defendant, JOHN WAYNE PRICE, by and through his counsel, and said defendant requests the elimination of the curfew requirement imposed by the court at the time of his release.

　　Defendant was released on February 14, 2012 on a $75,000.00 bond secured by the signatures of his two sisters and his former wife, Tylene Leslie. He has been supervised by Pretrial Services since that date. He has been in compliance with all of the terms and conditions so far as

APP AND [~~PROPOSED~~] ORDER FOR ELIM OF CURFEW　　　　　　　　　　1

counsel is aware.

Defendant has a business of home repair and refurbishment in the City of Tracy area along with his former wife, Tylene Leslie, who is one of his sureties. Ms Leslie resides in Tracy and she is his business manager. She arranges for his work and his schedule. Most of these jobs are located in the Eastern District of California in the Tracy area.

Moreover, defendant has a young son who has serious health issues who lives in Stockton, California, which is in the Eastern District of California and other seven (7) children for whom he is responsible, one of which also lives in the Eastern District, and with whom he visits. Although the pretrial officer has granted some minor modifications allowing for an extension for a day or two until 10:00 p.m. this has to be done many days in advance or order to receive a call back and approval.

Defendant requests that the court approve the elimination of the curfew on Mr. Price. Mr. Price is supervised by Pretrial Services Officer, Gelareh Farahmand

//////////
//////////
//////////
/////////
/////////
/////////

APP AND [~~PROPOSED~~] ORDER FOR ELIM OF CURFEW                    2

1  (408) 535-5584, who has indicated to Mr. Price that the
2  elimination of the curfew is for the court.

3  Dated: June 11, 2012                     _____/S/_____
                                            FRANK BELL
4                                           Attorney for Defendant
                                            JOHN WAYNE PRICE

6  IT IS SO ORDERED:

8  Dated:   June 14, 2012
                                            _____
                                            Judge Maria-Elena James
                                            United States District Court
                                            Northern District of California

28 APP AND [PROPOSED] ORDER FOR ELIM OF CURFEW                                3