1  FRANK BELL, CSBN 038955
   A Law Corporation
2  333 Bradford Street, Suite 270
   Redwood City, California 94063
3  Tel: (650)365-8300
   Fax: (650) 366-8987
4
   Attorney for Defendant
5  JOHN WAYNE PRICE

6

7

8
                    UNITED STATES DISTRICT COURT
9
                   NORTHERN DISTRICT OF CALIFORNIA
10

11

12 UNITED STATES OF AMERICA,        No. CR 12-0061 EMC (MEJ)
         Plaintiff,
13                                  APPLICATION AND [PROPOSED]
                                    ORDER FOR PERMISSION TO
14                                  TRAVEL TO MISSOURI CITY,
      v.                            TEXAS A SECOND TIME
15

16 JOHN WAYNE PRICE,

17        Defendant.
                                  /
18

19     Comes now defendant, JOHN WAYNE PRICE, by and through

20 his counsel, and defendant requests permission of the court

21 to travel to Missouri City, Texas to visit the woman who is

22 carrying his child, Shanika Henderson, who resides at 1735

23 Corona Del Mar, Missouri City, Texas and who is having

24 serious complications with her pregnancy and is on bed rest.

25     The baby will likely be induced on February 4, 2013.

26 Defendant plans to leave very soon and he plans to stay four

27

28 APP AND [PROPOSED] ORDER FOR SECOND TRAVEL TO TEXAS            1

1  ~~(4) to six (6) weeks~~ one and a half weeks (1 1/2) in Texas for the birth and afterwards
2  to bond with the baby.  While in Texas he will stay at the
3  Corona Del Mar residence.  Defendant plans to take air
4  transportation to Texas and will keep in touch with his
5  pretrial services officer.  He believes that he will fly to
6  Houston and return.
7      Defendant was released on February 14, 2012 on a
8  $75,000.00 bond secured by the signatures of his two sisters
9  and his former wife, Tylene Leslie.  He has been supervised
10 by Pretrial Services since that date.
11     Defendant has a business of home repair and
12 refurbishment in the City of Tracy area along with his
13 former wife, Tylene Leslie, who is one of his sureties. Ms
14 Leslie is his business manager.  She arranges for his work
15 and his schedule.  These jobs are all located in the Eastern
16 District of California in the Tracy area.
17     Pretrial Services Officers, Gelareh Farahmand and Josh
18 Libby (415) 436-7513 have no objections to his travel as
19 indicated so long as, prior to his travel, he provides to
20 Pretrial Services his itinerary, including his flight
21 information and his accommodations, that he call Pretrial
22 Services once each week while he is gone and that he contact
23 her by telephone upon his return.
24 Dated: January 27, 2013
                        /S/ Frank Bell_____
25                         FRANK BELL
                        Attorney for Defendant
26                         JOHN WAYNE PRICE
27
28 APP AND [~~PROPOSED~~] ORDER FOR SECOND TRAVEL TO TEXAS        2

**ORDER**

On the application of counsel and good cause appearing;

IT IS HEREBY SO ORDERED: Defendant shall have 1 1/2 weeks in Texas for stay.

Dated: January 30, 2013

_____
Hon. MARIA-ELANA JAMES
U.S. Magistrate Judge

APP AND [PROPOSED] ORDER FOR SECOND TRAVEL TO TEXAS                         3