STEVEN G. KALAR
Federal Public Defender
SHILPI AGARWAL
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone:     415.436.7700
Facsimile:      415.436.7706
Email:            Shilpi_Agarwal@fd.org

Counsel for Defendant John Wayne Price

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| UNITED STATES OF AMERICA, | No. CR 12-00061 EMC |
|---|---|
| Plaintiff, | **STIPULATION AND [PROPOSED] ORDER REGARDING SENTENCE REDUCTION UNDER U.S.S.G. § 1B1.1(b) AND AMENDMENT 782** |
| v. | |
| JOHN WAYNE PRICE, | |
| Defendant. | |

**IT IS HEREBY STIPULATED AND AGREED**, by and between the parties acting through their respective counsel, that:

1.   Defendant is making an unopposed motion for modification of his sentence pursuant to 18 U.S.C. § 3582(c)(2).

2.   Defendant's original guideline calculation was as follows:

Total Offense Level: 26

Criminal History Category:  I

Guideline Range: 46 to 57 months

*3582 STIP,* CR 12-61
DEF. PRICE                                                          1

Mandatory Minimum: None

3. Defendant was sentenced to 60 months imprisonment on February 12, 2014.

4. According to the Bureau of Prisons, Defendant's current projected release date is December 26, 2016.

5. Effective November 1, 2014, this Court may order a modification in defendant's sentence pursuant to 18 U.S.C. § 3582(c), USSG § 1B1.10(b)(1), and Amendment 782, to the United States Sentencing Guidelines Manual.

6. Defendant's revised guideline calculation is as follows:

Total Offense Level: 24

Criminal History Category: I

Guideline Range: 37 to 46 months

Mandatory Minimum: None

7. The parties have no reason to dispute the Sentence Reduction Investigation Report submitted to the Court by the Probation Office.

8. Based upon the foregoing, the parties hereby stipulate that the Court may enter an order **reducing Defendant's term of custody to 46 months**, effective November 1, 2015.

9. The parties further stipulate that all other aspects of the original judgment order including the length of term of supervised release, all conditions of supervision, fines, restitution, and special assessment remain as previously imposed.

10. Defendant stipulates that he waives and does not request a hearing in this matter pursuant to Fed. R. Crim. P. 43, 18 U.S.C. § 3582(c)(2), and *United States v. Booker*, 543 U.S. 220 (2005).

11. Defendant waives his right to appeal the district court's sentence.

12. Accordingly, the parties agree that an amended judgment in accordance with this stipulation may be entered by the Court in pursuant to 18 U.S.C. § 3582(c) and USSG § 1B1.10(b)(1), Amendment 782 of the Sentencing Guidelines Manual. A Sentencing Reduction Investigation Report and a proposed amended judgment will be submitted to the Court.

IT IS SO STIPULATED.

March 18, 2015                          /s/
_____                _____
DATED                            MELINDA L. HAAG
                                 United States Attorney
                                 J. DOUGLAS WILSON
                                 Assistant United States Attorney
                                 Northern District of California


March 18, 2015                          /s/
_____                _____
DATED                            STEVEN G. KALAR
                                 Federal Public Defender
                                 SHILPI AGARWAL
                                 Assistant Federal Public Defender
                                 Northern District of California


IT IS SO ORDERED.

   March 23, 2015
_____                _____
DATED                            EDWARD M. CHEN
                                 United States District Judge

